IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:15-CR-61-1H

UNITED STATES OF AMERICA

vs.

**ORDER**

FRANK DOYLE WILLIAMS, JR.,
Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Motion for Variance of the defendant except that the Clerk is authorized to provide a filed copy of the Motion for Variance and Motion to Seal said Motion for Variance to counsel for the defendant and counsel for the Government.

IT IS SO ORDERED.

Entered at Chambers, this the 1st day of March 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE

THE LAW OFFICES OF W. H. PARAMORE, III, P.C. - Telephone: (910) 347-1800
410 New Bridge Street, Suite 4, P. O. Box 215, Jacksonville, NC 28540

Case 4:15-cr-00061-H   Document 25   Filed 03/01/16   Page 1 of 1