IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:15-CR-61-1H

UNITED STATES OF AMERICA

vs.    **ORDER**

FRANK DOYLE WILLIAMS, JR.,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's motion for return of United States passport is ALLOWED and GRANTED and the Clerk of Court is directed to release the defendant's passport directly to the defendant upon his appearance at the Clerk's Office.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the 16th day of May 2016.

HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE