# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

        v.                                                          Crim. No. 4:15-CR-61-1H

FRANK DOYLE WILLIAMS JR.

On March 9, 2016, the above named was placed on probation for a period of 36 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                              /s/ C. Lee Meeks, Jr.  
Robert L. Thornton                                      C. Lee Meeks, Jr.  
Supervising U.S. Probation Officer                 U.S. Probation Officer  
                                                            200 Williamsburg Pkwy, Unit 2  
                                                            Jacksonville, NC 28546-6762  
                                                            Phone: 910-346-5105  
                                                           Executed On: January 5, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of January 2018.

                                                                            Malcolm J. Howard  
                                                                            Senior U.S. District Judge